UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX DANIEL REYES,

Plaintiff,

-against-

WESTCHESTER DEPARTMENT OF CORRECTIONS and CORRECTION OFFICER LOPEZ,

Defendants.

**ORDER**

25-CV-10845 (PMH)

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on December 29, 2025. (Doc. 1). Defendants' request for permission to move to dismiss Plaintiff's Complaint was granted on July 20, 2026 and the Court entered a briefing schedule. (Doc. 15). On August 19, 2026, Defendants filed their motion to dismiss. (Doc. 16). Plaintiff's opposition was due by September 18, 2026. (*See* Doc. 15). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss until October 23, 2026. Defendants' reply, if any, is due November 6, 2026.

**If Plaintiff fails to file his opposition by October 23, 2026, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

The Clerk of Court is respectfully instructed to mail a copy of this Order and the docket sheet to plaintiff at the address on the docket.

Dated: White Plains, New York
September 24, 2026

SO ORDERED:

______________________
Philip M. Halpern
United States District Judge